AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

**APPEARANCE**

Case Number:   07mj2353

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROBERTO CARLOS HERNANDEZ-MONTALVO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/9/2007 | /s/ KRIS J. KRAUS |
| Date | Signature |
| | Kris J. Kraus / Federal Defenders of SD    233699 |
| | Print Name                 Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City      State      Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number             Fax Number |