9/22/04

Clear Form

AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Roberto Hernandez-Montalvo

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 CR 2933-H
07 mj 2353

I, Roberto Hernandez - Montalvo, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/6/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 06 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd