FILED

DEC 11 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2933-H |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | **(Superseding)** |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| ROBERTO CARLOS HERNANDEZ-MONTALVO, | ) | Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - |
| | ) | Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about _9/24/07_, within the Southern District of California, defendant ROBERTO CARLOS HERNANDEZ-MONTALVO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

CJB:kmm:San Diego
11/19/2007

#### Count 2

On or about October 1, 2007, within the Southern District of California, defendant ROBERTO CARLOS HERNANDEZ-MONTALVO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 12/11/07 .

KAREN P. HEWITT
United States Attorney

*[signature]*
for CARLA J. BRESSLER
Assistant U.S. Attorney