1  **KRIS J. KRAUS**
California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Roberto Carlos Hernandez-Montalvo

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **((HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR2933-MLH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MOTION FOR AN ORDER RELEASING |
| ) | CRIMINAL HISTORY DOCUMENTS |
| ROBERTO CARLOS HERNANDEZ- ) | |
| MONTALVO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

17  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY;
           CARLA BRESSLER, ASSISTANT UNITED STATES ATTORNEY; AND
18         SHELLEY SEACOTTE, UNITED STATES PROBATION OFFICER:

19      Mr. Hernandez-Montalvo respectfully requests an order granting the production of all documents relied upon by United States Probation in determining his alleged prior criminal history, law enforcement contacts, and pending cases. The requested documents are necessary in determining whether the information in the pre-sentence report is correct.

                                           Respectfully submitted,

                                           /s/ Kris J. Kraus

DATED: February 1, 2008                    **KRIS J. KRAUS**
                                           Federal Defenders of San Diego, Inc.
                                           Attorneys for Mr. Hernandez-Montalvo

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Carla Bressler
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: carla.bressler@usdoj.gov

A copy was served by electronic mail to:

Shelley Seacotte
United States Probation Officer
shelleyseacotte/CASP/09/USCOURTS

Dated: February 1, 2008                    /s/  Kris J. Kraus
                                           KRIS J. KRAUS
                                           Federal Defenders
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           e-mail: kris_kraus@fd.org